NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| DUNCAN ROY; et al.,<br><br>            Plaintiffs,<br><br>      vs.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; et al.,<br><br>            Defendants.<br>_____<br>GERARDO GONZALEZ; et al.,<br><br>            Plaintiffs,<br><br>      vs.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>            Defendants. | Case No. CV 12-09012-AB (FFMx)<br>Consolidated with:<br>Case No. CV 13-04416-AB (FFMx)<br><br>Honorable André Birotte Jr.<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DECONSOLIDATE CASES** |

1 | Good cause appearing, the Parties' Joint Stipulation to Deconsolidate Cases
2 | (Dkt. No. 586) is hereby **GRANTED** from this point forward.  The Court hereby
3 | **ORDERS** that the above-captioned cases be **DE-CONSOLIDATED**.

**IT IS SO ORDERED.**

Dated: March 18, 2020

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE