UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 13-04416-AB-FFMx | Date: | April 22, 2021 |
|---|---|---|---|

Title: *Gerardo Gonzalez et al. v. Immigration and Customs Enforcement et al.*

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** **[In Chambers] Order Denying Plaintiffs' Motion for Compliance and Limited Discovery as Moot (Dkt. No. 104)**

In light of the Ninth Circuit's decision reversing and vacating this Court's Judgment[1] and both permanent injunctions therein, Plaintiffs' Motion for Compliance and Limited Discovery (Dkt. No. 104) is **DENIED** as **MOOT**. *See Gerardo Gonzalez v. U.S. Immigration and Customs Enforcement*, 975 F.3d 788 (9th Cir. 2020).

**IT IS SO ORDERED**.

---

[1] Judgment, *Roy et al. v. Los Angeles County Sheriff's Department et al.*, CV 12-09012-AB (FFMx), Dkt. No. 574 (filed February 4, 2020).