```
JENNIFER PASQUARELLA (SBN 263241)
  jpasquarella@aclusocal.org
JESSICA KARP BANSAL (SBN 277347)
  jbansal@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W. 8th Street
Los Angeles, CA 90017
Phone:  (213) 977-9500
Facsimile:  (213) 977-5299
```

Attorneys for Plaintiffs
(continued on next page)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GERARDO GONZALEZ; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT; et al., <br><br> Defendants. | Case No. CV 13-04416 AB (FFMx) <br><br> Honorable André Birotte Jr. <br><br> **JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND STAY LITIGATION FOR SIX MONTHS** |

BARRETT S. LITT (SBN 45527)
  *blitt@mbllegal.com*
LINDSAY B. BATTLES (SBN 262862)
  *lbattles@mbllegal.com*
MCLANE, BEDNARSKI, & LITT
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

CHRIS NEWMAN (SBN 255616)
  *newman@ndlon.org*
NATIONAL DAY LABOR ORGANIZING NETWORK
1030 S. Arroyo Pkwy, Suite 106
Pasadena, CA 91105
Telephone: (626) 799-2160
Facsimile: (626) 799-3560

MARK M. FLEMING, *pro hac vice*
  *mfleming@heartlandalliance.org*
RUBEN LOYO, *pro hac vice*
  *rloyo@heartlandalliance.org*
NATIONAL IMMIGRANT JUSTICE CENTER
224 S. Michigan Avenue, Suite 600
Chicago, IL 60604
Telephone: (312) 660-1628
Facsimile:(312) 660-1505

The Parties have made reasonable progress in their settlement negotiations, and mutually agree that it would be in the best interest of the parties and the Court to continue a stay of proceedings in this case for an additional six months to allow the parties to continue their negotiations.

The parties agree to continue to rely on the mediation services provided by Magistrate Judge Beeler, pursuant to the Court's order on October 27, 2021. Dkt. 155. To that end, the parties agree to schedule a second mediation session with Judge Beeler to occur in March or April 2022 or as soon thereafter as her schedule allows, to ensure that the parties continue to diligently work on settlement throughout the stay period.

As a condition of the stay and to facilitate good faith negotiations, Defendant Immigration and Customs Enforcement ("ICE") has agreed to adhere to the Court's prior, now-vacated injunction, with respect to the issuance of detainers to the Probable Cause Subclass based solely on database checks during the pendency of the six-month stay, if granted. *Roy* Dkt. 574. Specifically, Defendant ICE agrees to not issue detainers to Probable Cause Subclass members based solely on database searches from the ICE Los Angeles Field Office or the Pacific Enforcement Response Center ("PERC") as follows:

1. Where the PERC would otherwise issue a database-only detainer for an individual not subject to a final order of removal or ongoing removal proceedings, it may instead, consistent with its practice pursuant to the injunction and since the injunction was dissolved, issue Form I-247Gs to local law enforcement and provide notice to the relevant field office.
2. Field offices that receive such Form I-247G notices from the PERC would not issue database-only detainers for such cases.
3. In the event that a field office is able to establish probable cause for such a case based upon additional investigative work (i.e., an interview with the noncitizen or someone else with relevant information or a review of the A

File), such that a detainer if issued would not be "database only," a detainer could still be issued for such a case at a later time.

4. As before the injunction, field offices conducting their own investigation outside of a PERC referral process could continue issuing database-only detainers.

5. No case that would otherwise be routed through interoperability to the PERC will be re-routed through interoperability to a field office.

Therefore, the parties hereby stipulate and request the Court issue the following order:

1. This action, and all proceedings therein, shall be stayed until August 18, 2022.

2. The parties will reconvene for a status conference before this Court on August 22, 2022 or any date thereafter convenient for the Court.

It is so stipulated.

Respectfully submitted,

Dated: February 17, 2022         ACLU OF SOUTHERN CALIFORNIA

By:   /s/ Jennifer Pasquarella[1]
      JENNIFER PASQUARELLA
      Attorney for Plaintiffs

      /s/ Erez Reuveni
      EREZ REUVENI
      Attorney for Defendants

---

[1] As filer of this Joint Stipulation, I attest that all the above parties concur in the content of the stipulation and have authorized its filing.

2