**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| GERARDO GONZALEZ; et al.,<br><br>       Plaintiffs,<br><br>vs.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT; et al.,<br><br>       Defendants. | Case No.: 2:13-cv-04416-AB (FFMx)<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE STATUS CONFERENCE AND STAY LITIGATION FOR SIX MONTHS** |

Pursuant to stipulation and for good cause shown, the following is hereby **GRANTED**:

1. This action, and all proceedings therein, shall be **stayed** until **August 18, 2022**.
2. The parties will reconvene for a status conference before this Court on **August 26, 2022 at 10 am**.

Dated: February 17, 2022

_____
Honorable André Birotte, Jr.
United States District Judge

1