MAYRA B. JOACHIN (SBN 306065)
  *mjoachin@aclusocal.org*
EVA L. BITRAN (SBN 302081)
  *ebitran@aclusocal.org*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 W 8th Street, Suite 200
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5299

Attorneys for Plaintiffs
(continued on next page)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GERARDO GONZALEZ; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT; et al., <br><br> Defendants. | Case No. CV 13-04416 AB (FFMx) <br><br> Honorable André Birotte, Jr. <br><br> **NOTICE OF JOINT MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Hearing Date: TBD <br> Time:         10:00 A.M. <br> Courtroom:    7B |

JENNIFER PASQUARELLA (SBN 263241)
  jennie@seattleclemencyproject.org
SEATTLE CLEMENCY PROJECT
20415 72nd Ave South, Suite 1-415
Kent, WA 98032
Phone: (917) 690-2038

BARRETT S. LITT (SBN 45527)
  blitt@mbllegal.com
LINDSAY B. BATTLES (SBN 262862)
  lbattles@mbllegal.com
MCLANE, BEDNARSKI, & LITT
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

CHRIS NEWMAN (SBN 255616)
  newman@ndlon.org
NATIONAL DAY LABOR ORGANIZING NETWORK
1030 S. Arroyo Pkwy, Suite 106
Pasadena, CA 91105
Telephone: (626) 799-2160
Facsimile: (626) 799-3560

MARK M. FLEMING, *pro hac vice*
  mfleming@immigrantjustice.org
RUBEN LOYO, *pro hac vice*
  rloyo@immigrantjustice.org
NATIONAL IMMIGRANT JUSTICE CENTER
111 W. Jackson Blvd., Suite 800
Chicago, IL 60604
Telephone: (312) 660-1628
Facsimile:(312) 660-1505

# NOTICE OF JOINT MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that at the earliest date and time that the motion can be heard before the Honorable André Birotte in Courtroom 7B of the United States District Court for the Central District of California, located at 350 West 1st Street, Los Angeles, CA 90012, Plaintiffs Gerardo Gonzalez and Simon Chinivizyan, on behalf of themselves and all Class Members, and Defendants U.S. Immigration and Customs Enforcement ("ICE"), ICE Deputy Director and Senior Official Performing the Duties of the Director Patrick J. Lechleitner, ICE Los Angeles Interim Field Office Director Michael V. Bernacke, and ICE Law Enforcement Support Center Director Christopher Graupe ("Defendants" and, with Plaintiffs, "the Parties"), will, and hereby do, move this Court for an Order Granting Approval of Class Action Settlement.

The motion is based upon this Notice of Motion, the accompanying Memorandum of Law, the concurrently filed fully executed Settlement Agreement, the pleadings and all documents on file in this action, and such other matters as may be presented at or before the hearing. This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on November 22, 2024.

Respectfully submitted,

Dated: November 25, 2024        /s/ Mark Fleming
                                           MARK FLEMING
                                           NATIONAL IMMIGRANT JUSTICE CENTER

                                           (Counsel for Plaintiffs)

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 25th of November, 2024, a true and correct copy of the foregoing was served via ECF upon counsel of record.

/s/ *Mark Fleming*

MARK FLEMING