UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 13-04416-AB (FFMx) | Date: December 4, 2024 |

Title: Gerardo Gonzalez v. Immigration and Customs Enforcement et al

---

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Daniel Tamayo | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Jennifer L Pasquarella | Elissa Fudim |
| Mark M Fleming | |
| Mayra Beatriz Joachin | |

Proceedings: **NOTICE OF JOINT MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT [195] – ZOOM**

   The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby **APPROVES** the Motion for Approval. Order to be issued.

: 5