UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO GONZALEZ; et al., <br><br> Plaintiffs, <br><br> vs. <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT; et al., <br><br> Defendants. | Case No. CV 13-04416 AB (FFMx) <br><br> Honorable André Birotte, Jr. <br><br> [PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF CLASS ACTION SETTLEMENT |

Upon consideration of the Parties' Joint Motion for Approval of Class Action Settlement, which came before the Court for hearing on December 4, 2024, pursuant to Federal Rule of Civil Procedure 23(e), the Court hereby Orders that:

1. The Settlement Class is Certified.
2. The Settlement Agreement is Granted Final Approval.
3. The Court retains continuing and exclusive jurisdiction over the Parties and the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: December 4, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE